*February 16, 2017*

 2017-Ohio-528.]

**2016–0172. Cleveland v. Oles.**
Cuyahoga App. No. 102835, 2016-Ohio-23. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Cuyahoga County.

Upon consideration of the joint motion of appellant and amicus curiae Cuyahoga County Prosecuting Attorney for divided argument time on Wednesday, March 1, 2017, it is ordered by the court that the motion is granted. Amicus curiae shall share the time allotted to appellant.

**2016–0238. State v. Bembry.**
Mahoning App. Nos. 2014 MA 51 and 2014 MA 52, 2015-Ohio-5598. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County.

Upon consideration of the joint motion of appellee and amicus curiae Ohio Attorney General Michael DeWine for divided argument time scheduled for March 1, 2017, it is ordered by the court that the motion is granted. Amicus curiae shall share the time allotted to appellee.

**2016–0271. State v. Polk.**
Franklin App. No. 14AP–787, 2016-Ohio-28. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of the joint motion of appellant and amicus curiae Ohio Attorney General Michael DeWine for divided argument time scheduled for March 1, 2017, it is ordered by the court that the motion is granted. Amicus curiae shall share the time allotted to appellant.

**2016–0282. Cleveland v. Oles.**
Cuyahoga App. No. 102835, 2016-Ohio-23. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon consideration of the joint motion of appellant and amicus curiae Cuyahoga County Prosecuting Attorney for divided argument time scheduled for Wednesday, March 1, 2017, it is ordered by the court that the motion is granted. Amicus curiae shall share the time allotted to appellant.

**2017–0220. State ex rel. Cowan v. Gallagher.**
Cuyahoga App. No. 104666, 2017-Ohio-108. This cause was filed as a jurisdictional appeal. Upon consideration of appellant's memorandum in support of jurisdiction, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 5.01.

It is ordered by the court that the clerk shall issue an order for the transmission of the record from the Court of Appeals for Cuyahoga County and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.